John QUERIM, Plaintiff–Appellant,

v.

EQUAL EMPLOYMENT OPPORTUNI-TY COMMISSION, Spencer H. Lewis, individually and in his private capacity as District Director of the Equal Employment Opportunity Commission, New York Newspaper Printing Pressmen's Union # 2, Edward Fleming, individually and in his official capacity as President of the New York Newspaper Printing Pressmen's Union # 2, The New York Times Company, John O'Brien, individually and in his corporate capacity as Deputy General Manager of the New York Times Company, Defendants–Appellees.

No. 00–6224.

United States Court of Appeals, Second Circuit.

April 11, 2001.

John Querim, N.Y., NY, pro se.

Susan L.P. Starr, EEOC, Washington, DC, for appellee EEOC.

David J. Kennedy, Ass't U.S. Att'y, SDNY, N.Y., NY, for appellee Lewis.

Carl G. Guida, Skadden, Arps, Slate, Meagher & Flom, N.Y., NY, for Union appellees.

Fredric C. Leffler, Proskauer Rose, N.Y., NY, for appellees New York Times and O'Brien.

Present KEARSE, JOSÉ A. CABRANES, Circuit Judges, and TRAGER, District Judge.*

---

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the order of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Patterson's Opinion and Order dated March 6, 2000, and his Opinion and Order dated April 27, 2000.

We have considered all of plaintiff's contentions on this appeal and have found in them no basis for reversal. The judgment of the district court is affirmed.